**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*/s/ John E. Hoffman, Jr.*
John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 05, 2010**

_____

```
             UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION

In Re:    MELANIE R GOMEZ           :      Chapter 13

                                    :      Case No. 09-57717

DEBTOR(S)                           :      JUDGE HOFFMAN JR


                     ORDER OF DISMISSAL

     Pursuant to the motion of the Chapter 13 Trustee and for
good cause shown, the Court hereby dismisses this proceeding for
failure of the debtor(s) to comply with the terms of the Chapter
13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

     The Trustee is hereby given leave to file his Final Report
herein and be discharged from his trust.
```

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

```
                            ###
```